1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAKLEE CORPORATION,<br><br>             Plaintiffs,<br><br>     v.<br><br>HARPERCOLLINS PUBLISHERS, ET AL.,<br><br>             Defendants.<br>_____ | Case No.: C 11-00144 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 26, 2011, Plaintiff Shaklee Corporation filed a motion for temporary restraining order and preliminary injunction. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion for temporary restraining order and preliminary injunction, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than January 28, 2011 at 5PM, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 | section of the court's website at www.cand.uscourts.gov.

2 |     Plaintiff Shaklee shall serve a copy of this order on Defendants HarperCollins Publishers and

3 | Cynthia Sass no later than January 27, 2011 at 5PM.

4 | Dated:   January 27, 2011

5 |                         PAUL S. GREWAL
                        United States Magistrate Judge