UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAKLEE CORPORATION, )<br>              )<br>         Plaintiff,   )<br>     v.           )<br>              )<br>HARPERCOLLINS PUBLISHERS, ET )<br>AL.,           )<br>              )<br>         Defendants. )<br>_____ ) | Case No.: C 11-0144 PSG<br><br>**ORDER SETTING HEARING ON PLAINTIFF SHAKLEE CORP.'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(DOCKET NO. 17) |

   Plaintiff Shaklee Corporation moves for temporary restraining order and preliminary injunction.  Having reviewed the papers,

   IT IS HEREBY ORDERED that a hearing on the motion for temporary restraining order shall be held on February 1, 2011 at 10AM.  Defendants HarperCollins Publishers and Cynthis Sass shall file their opposition, if any, no later than January 31, 2011 at 12 noon.  No reply will be considered.

   IT IS SO ORDERED.

Dated:   January 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*