COLLEEN BAL, State Bar No. 167637
JOHN L. SLAFSKY, State Bar No. 195513
MAURA L. REES, State Bar No. 191698
CHARLES T. GRAVES, State Bar No. 197923
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: cbal@wsgr.com; jslafsky@wsgr.com;
mrees@wsgr.com; tgraves@wsgr.com

Attorneys for Plaintiff
SHAKLEE CORPORATION

**FILED**

FEB 2 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAKLEE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARPERCOLLINS PUBLISHERS LLC,<br>and CYNTHIA SASS,<br><br>　　　　　Defendants. | CASE NO.: C 11-00144 PSG   JW<br><br>REQUEST AND [~~PROPOSED~~] ORDER RE: DEMONSTRATIVE EXHIBITS FOR PRELIMINARY INJUNCTION HEARING<br><br>Date:　February 28, 2011<br>Time:　10:00 AM<br>Dept:　5<br>Judge:　Hon. Paul S. Grewal |

1  Plaintiff Shaklee Corporation ("Shaklee") respectfully requests permission to bring the
2  following items into the courtroom for the hearing on its motion for preliminary injunction,
3  scheduled for 10:00 a.m. on February 28, 2011:

4      1.  Large whiteboards and foamboards to be used as demonstrative exhibits
5      2.  Easels to support the demonstrative exhibits

7  Dated: February 25, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Colleen Bal
      Colleen Bal

Attorneys for Plaintiff
SHAKLEE CORPORATION

14  **IT IS HEREBY ORDERED** that the request is granted.

16  Dated: February 25, 2011

By: _____
Hon. Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER RE: DEMONSTRATIVE
EXHIBITS FOR PRELIM. INJUNCTION HR'G
CASE NO. C 11-00144 PSG

-1-

4259358_2.DOCX