| | |
|---|---|
| 1 | COLLEEN BAL (S.B. # 167637) |
|   | JOHN L. SLAFSKY (S.B. # 195513) |
| 2 | MAURA L. REES (S.B. # 191698) |
|   | CHARLES T. GRAVES, (S.B. # 197923) |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 493-6811 |
| 6 | cbal@wsgr.com |
|   | jslafsky@wsgr.com |
| 7 | mrees@wsgr.com |
|   | tgraves@wsgr.com |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | SHAKLEE CORPORATION |

<br>

10  DARIN W. SNYDER (S.B. # 136003)
    DAVID R. EBERHART (S.B. # 195474)
11  RYAN J. PADDEN (S.B. # 204515)
    DAVID J. SEPANIK (S.B. # 221527)
12  O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
13  San Francisco, CA 94111-3823
    Telephone: (415) 984-8700
14  Facsimile: (415) 984-8701
    dsnyder@omm.com
15  deberhart@omm.com
    rpadden@omm.com
16  dsepanik@omm.com

17  Attorneys for Defendants
    HARPERCOLLINS PUBLISHERS LLC and
18  CYNTHIA SASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHAKLEE CORPORATION, | ) | CASE NO.: 11-00144-PSG |
|           Plaintiff, | ) | |
|  v. | ) | **STIPULATED WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND [XXXXXXXED] ORDER VACATING HEARING DATE** |
| HARPERCOLLINS PUBLISHERS LLC, a Delaware Corporation, and CYNTHIA SASS, an individual, | ) ) ) | |
|           Defendant. | ) | |

STIPULATION RE MOTION
CASE NO.: 11-00144-PSG

1     WHEREAS, Plaintiff's Motion for Preliminary Injunction is currently set for hearing at 10:00 a.m. on February 28, 2011 before the Honorable Paul S. Grewal;

    WHEREAS, the parties have resolved the issues without the need for a motion or hearing, and will soon file a stipulated dismissal;

    ACCORDINGLY, in order to ease the burden on the parties and this Court,

IT IS HEREBY STIPULATED AND AGREED that:

    1. Plaintiff hereby withdraws its Motion for Preliminary Injunction;

    2. The parties have stipulated, and hereby respectfully request, that the Court take the February 28, 2011 hearing off calendar.

Dated: February 27, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Charles T. Graves
        Charles T. Graves

Attorneys for Plaintiff
SHAKLEE CORPORATION

Dated: February 27, 2011

O'MELVENY & MYERS LLP

By:   /s/ Ryan J. Padden
        Ryan J. Padden

Attorneys for Defendants
HARPERCOLLINS PUBLISHERS LLC and
CYNTHIA SASS

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Plaintiff's Motion for Preliminary Injunction, presently schedule for February 28, 2011, shall be taken off calendar.

DATED: February 28, 2011

_____
The Honorable Paul S. Grewal

STIPULATION RE MOTION
CASE NO.: 11-00144-PSG

## DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from the other signatory.

Dated: February 27, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Charles T. Graves
    Charles T. Graves

Attorneys for Plaintiff
SHAKLEE CORPORATION

-2-

CERTIFICATE OF SERVICE