| | |
|---|---|
| 1 | COLLEEN BAL (S.B. # 167637) |
| | JOHN L. SLAFSKY (S.B. # 195513) |
| 2 | MAURA L. REES (S.B. # 191698) |
| | CHARLES T. GRAVES, (S.B. # 197923) |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 4 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 5 | Telephone:  (650) 493-9300 |
| | Facsimile:   (650) 493-6811 |
| 6 | cbal@wsgr.com |
| | jslafsky@wsgr.com |
| 7 | mrees@wsgr.com |
| | tgraves@wsgr.com |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | SHAKLEE CORPORATION |
| | |
| 10 | DARIN W. SNYDER (S.B. # 136003) |
| | DAVID R. EBERHART (S.B. # 195474) |
| 11 | RYAN J. PADDEN (S.B. # 204515) |
| | DAVID J. SEPANIK (S.B. # 221527) |
| 12 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 13 | San Francisco, CA 94111-3823 |
| | Telephone:  (415) 984-8700 |
| 14 | Facsimile:  (415) 984-8701 |
| | dsnyder@omm.com |
| 15 | deberhart@omm.com |
| | rpadden@omm.com |
| 16 | dsepanik@omm.com |
| | |
| 17 | Attorneys for Defendants |
| | HARPERCOLLINS PUBLISHERS LLC and |
| 18 | CYNTHIA SASS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHAKLEE CORPORATION, | ) | CASE NO.: 11-00144-PSG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE UPON** |
| | ) | **SETTLEMENT AND** \|XXXXXXXXXXXXXX |
| HARPERCOLLINS PUBLISHERS LLC, a | ) | **ORDER THEREON** |
| Delaware Corporation, and CYNTHIA SASS, an | ) | |
| individual, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL
CASE NO.: 11-00144-PSG

1   IT IS HEREBY STIPULATED by and between Plaintiff Shaklee Corporation and
2   Defendants Cynthia Sass and HarperCollins Publishers LLC that all claims in this action are
3   dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each
4   party shall bear its own costs and attorneys' fees.

Dated: March 2, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Charles T. Graves___
       Charles T. Graves

Attorneys for Plaintiff
SHAKLEE CORPORATION

Dated: March 2, 2011

O'MELVENY & MYERS LLP

By: ___/s/ Ryan J. Padden___
       Ryan J. Padden

Attorneys for Defendants
HARPERCOLLINS PUBLISHERS LLC and
CYNTHIA SASS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 2, 2011

_____
The Honorable Paul S. Grewal

STIPULATION OF DISMISSAL
CASE NO.: 11-00144-PSG

## **DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from the other signatory.

Dated: March 2, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Charles T. Graves
        Charles T. Graves

Attorneys for Plaintiff
SHAKLEE CORPORATION

-2-

CERTIFICATE OF SERVICE